DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**C.C-R.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,**
Appellee.

No. 4D14-403

[July 16, 2014]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Larry Schack, Judge; L.T. Case No. 562011DP145.

Ana Gomez-Mallada, Fort Lauderdale, for appellant.

Karla Perkins, Appellate Counsel, Department of Children & Families, Miami, for appellee.

Laura E. Lawson, Sanford, for Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.  See In re:  S.V.B.*, 93 So. 3d 340 (Fla. 2d DCA 2012).

GROSS, GERBER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***